Joseph BAKER, Appellant,

v.

William W. LENTZ, Respondent.

No. WD 40076.

Missouri Court of Appeals,
Western District.

Sept. 6, 1988.

Larry Delano Coleman, Kansas City, for appellant.

William W. Lentz, Kansas City, pro se.

Before CLARK, P.J., and
LOWENSTEIN and FENNER, JJ.

## ORDER

PER CURIAM:

From a summary judgment granted the defendant in a suit for legal malpractice the plaintiff appeals. Judgment affirmed. Rule 84.16(b).